UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHERYL TAYLOR,**

    Plaintiff,

v.                                 CASE NO.  8:13-cv-01286-T-30MAP

**COMMERCIAL RECOVERY SYSTEMS, INC. (a Texas foreign corporation),**

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT AGAINST DEFENDANT

THIS CAUSE comes before the Court on Plaintiff's Motion for Default Final Judgment (Dkt. 8).  The Court, having reviewed the motion, Plaintiff's complaint, and being otherwise advised in the premises, concludes that the motion should be granted.

On May 14, 2013, Plaintiff filed her complaint, alleging acts or omissions of Defendant in violation of the Fair Debt Collection Practices Act ("FDCPA"), the Florida Consumer Collection Practices Act ("FCCPA"), and the Telephone Consumer Protection Act ("TCPA") (Dkt. 1).  On July 18, 2013, a Clerk's default was entered against Defendant (Dkt. 6).  Plaintiff now moves for a default final judgment.  Plaintiff seeks statutory damages in the amount of $5,000, consisting of $1,000.00 under the FDCPA, $1,000.00 under the FCCPA, and $3,000 under the TCPA.

The Court agrees that Plaintiff is entitled to statutory damages in the amount of $5,000. The complaint alleges with specific details and facts Defendant's numerous willful violations of the relevant statutes. Defendant's failure to appear or defend this action amounts to an admission of these alleged violations.

It is therefore ORDERED and ADJUDGED that:

1. Plaintiff's Motion for Default Final Judgment (Dkt. 8) is GRANTED.

2. The Clerk is directed to enter Final Judgment in favor of Plaintiff and against Defendant in the amount of $5,000.00, for all of which let execution issue. This amount shall accrue post-judgment interest at the statutory rate.

3. The Clerk is directed to close this case and terminate any pending motions as moot.

4. The Court reserves jurisdiction on an award of attorney's fees and costs. Plaintiff shall file any motion for attorney's fees and costs within fourteen (14) days of this Order.

DONE AND ORDERED at Tampa, Florida on this 28th day of August, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2013\13-cv-1286.defaultFJ.doc