# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CHERYL TAYLOR,**

    **Plaintiff,**

v.                              Case No.  8:13-cv-1286-T-30MAP

**COMMERCIAL RECOVERY SYSTEMS,
INC., a Texas foreign corporation,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Verified Motion for Attorney Fees and Costs (Dkt. 12), the Declaration of James Giardina (Dkt. 13), and the Proposed Bill of Costs (Dkt. 14).  Upon review of these filings, and being otherwise advised in the premises, the Court concludes that Plaintiff's Motion should be granted.

On May 14, 2013, Plaintiff filed her complaint, alleging acts or omissions of Defendant in violation of the Fair Debt Collection Practices Act ("FDCPA"), the Florida Consumer Collection Practices Act ("FCCPA"), and the Telephone Consumer Protection Act ("TCPA") (Dkt. 1). On July 18, 2013, a Clerk's default was entered against Defendant (Dkt. 6). On August 29, 2013, the Court granted Plaintiff's Motion for Default Judgment and Final Judgment in favor of Plaintiff was subsequently entered in the amount of $5,000, consisting of $1,000.00 under the FDCPA, $1,000.00 under the FCCPA, and $3,000 under the TCPA (Dkts. 10 & 11).

Plaintiff now moves for her attorney's fees and costs as the prevailing party under both the FDCPA and the FCCPA. *See* 15 U.S.C. § 1692k(a)(3); Fla. Stat. § 559.77(2). Plaintiff seeks fees in the amount of $3,657.50 (13.3 hours x $275.00/hour) and costs in the amount of $440.00 (filing fee and service). The Court concludes that these amounts are reasonable.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Verified Motion for Attorney Fees and Costs (Dkt. 12) is granted.

2. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of **$4,097.50**.

3. This case shall remain closed.

**DONE** and **ORDERED** in Tampa, Florida on September 3, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2013\13-cv-1286.fees.frm